IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
Summary Calendar

JERRY D. GRAVES,

Plaintiff-Appellant,

versus

ANN LEE; HERMAN PARKER; LARRY HARDY;
EDWARD M. HARGETT,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-218-JAD
- - - - - - - - - -
July 16, 1996


Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jerry D. Graves, #40995/#32179, appeals the dismissal of his suit pursuant to 28 U.S.C. § 1915(d), the relevant portion of which is now redesignated as 28 U.S.C. § 1915(e)(2)(B)(i). He argues that the Mississippi Department of Corrections applies its grooming regulations in a way which violates the First Amendment and principles of equal protection, that prison disciplinary proceedings violated principles of equal protection and due

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

process, and that the magistrate judge erred in his analysis of Graves's claims under <u>Sandin v. Conner</u>, 115 S. Ct. 2293 (1995). We have reviewed the record and Graves's brief and AFFIRM the dismissal for essentially the same reasons set forth by the magistrate judge, who heard the case pursuant to 28 U.S.C. § 636(c).  <u>Graves v. Lee et al.</u>, No. 4:95CV218-JAD (N.D. Ms. Mar. 26, 1996).